| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Manuel Lobo, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-3934 |
| Sprint Safety, Inc., *et al.*, | § § § | |
| Defendants. | § | |

## Partial Voluntary Dismissal

Having been advised that Jeffrey Yanas voluntarily dismisses his claims, they are dismissed without prejudice.

Signed on August 27, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge