UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MANUEL LOBO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SPRINT SAFETY, INC. and TOTAL SAFETY U.S., INC.**<br><br>Defendants. | **CIVIL ACTION NO.: 4:19-CV-03934**<br><br>**JUDGE: LYNN N. HUGHES** |

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE

**NOW INTO COURT,** through undersigned counsel, come Plaintiff Manuel Lobo, individually and on behalf of himself and the Opt-In Plaintiffs (collectively, "Plaintiffs"), and Defendant Sprint Safety, Inc. ("Sprint Safety"), who hereby represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request that the Court (1) approve the Confidential Settlement Agreement under the Fair Labor Standards Act, which is being submitted to the Court for *in camera* inspection; (2) authorize the mailing of the Notices of Settlement and Claims Release Forms attached to the Confidential Settlement Agreement; and (3) dismiss with prejudice all claims and causes of action asserted or unasserted by Plaintiffs arising out of the facts forming the subject matter of the captioned proceeding, each party to bear its own attorneys' fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the parties respectfully request that this Court grant this motion and dismiss the claims of Plaintiffs with prejudice, each party to bear its own attorneys' fees and costs except as provided in the Confidential Settlement Agreement.

{N4521927.1}

Respectfully submitted on February 16, 2022 by:

| | |
|---|---|
| */s/ Melissa Moore* | */s/ Mary Margaret Spell* |
| Melissa Moore | MARY MARGARET SPELL (Fed. ID 24117380) |
| State Bar No. 24013189 | **Attorney In Charge** |
| Federal Id. No. 25122 | JASON A. CULOTTA (Fed. ID 2859054) |
| Curt Hesse | *Jones Walker LLP* |
| State Bar No. 24065414 | 201 St. Charles Avenue - 50th Floor |
| Federal Id. No. 968465 | New Orleans, Louisiana  70170-5100 |
| *Moore & Associates* | Phone: 504.582.8000 |
| Lyric Center | Fax:     504.589.8262 |
| 440 Louisiana Street, Suite 675 | Email: mspell@joneswalker.com |
| Houston, Texas 77002 |              jculotta@joneswalker.com |
| Telephone: (713) 222-6775 | |
| Facsimile: (713) 222-6739 | and |

*Counsel for Plaintiff Manuel Lobo individually and on behalf of himself and the Opt-In Plaintiffs*

TIFFANY RAUSH (TX Bar No. 24099090)
*Jones Walker LLP*
811 Main St, Suite 2900
Houston, Texas 77002
Phone: 713.437.1800
Fax:     713.437.1848
Email:  traush@joneswalker.com

*Counsel for Defendants, Total Safety U.S., Inc. and Sprint Safety, Inc.*