United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MANUEL LOBO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SAFETY, INC. and TOTAL SAFETY U.S., INC.<br><br>Defendants. | CIVIL ACTION NO.: 4:19-CV-03934<br><br>JUDGE: LYNN N. HUGHES |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE,** and after evaluating the Confidential Settlement Agreement between the parties *in camera*, and finding the settlement to be fair and reasonable under the Fair Labor Standards Act; it is hereby

**ORDERED,** that the Joint Motion to Approve Settlement and Dismiss Case filed by Plaintiffs and Defendants is **GRANTED** and that the parties' Confidential Settlement Agreement is approved and this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs except as provided in the Confidential Settlement Agreement. Counsel is authorized to distribute the Notices of Settlement and Claims Release Forms. The attorneys for the parties shall retain custody of the Confidential Settlement Agreement and all attachments thereto and the Court shall retain jurisdiction address any disputes between the parties regarding same.

Houston, Texas, ~~this ___ day of~~ February 22nd, 2022.

_____
UNITED STATES DISTRICT JUDGE

{N4521927.1}